UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Tri-Valley Corporation, *et al.*,[1] | Case No. 12-12291 (MFW) |
| Debtors. | |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, *et al.*, | |
| Plaintiff. | |
| v. | Adv. Pro. No. 14-50622 (MFW) |
| Joseph Kandle, | |
| Defendant. | |

## ORDER APPROVING STIPULATION STAYING ADVERSARY PROCEEDING

Upon consideration of the Stipulation Staying Adversary Proceeding (the "**Stipulation**"), set forth hereto as **Exhibit A**, it is hereby

ORDERED THAT, the Stipulation is APPROVED.

Dated: __Oct. 20__, 2014
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.

ME1 19056947v.1